UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| WILLIAMS WIRELESS TECHNOLOGIES, INC., a Canadian corporation, and POLANSKY ELECTRONICS, LTD, a Canadian corporation, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:06 CV 305 |
| RESEARCH IN MOTION CORPORATION, a Delaware corporation, NOKIA, INC., a Delaware corporation, GENERAL MOTORS CORPORATION, a Delaware corporation, ROCKWELL COLLINS, INC., a Delaware corporation, SAMSUNG TELECOMMUNICATIONS AMERICA, LP, a Delaware corporation, KYOCERA MITA AMERICA, INC., a California corporation, | § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Williams Wireless Technologies, Inc., ("Williams Wireless") and Polansky Electronics, LTD ("Polansky Electronics) complain of defendants as follows:

### NATURE OF LAWSUIT

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

### THE PARTIES

2. Williams Wireless is a Canadian corporation with its principal place of business at 17307 103rd Avenue, Edmonton, AB Canada. Polansky Electronics is a Canadian corporation with its principal place of business at 17307 103rd Avenue, Edmonton, AB Canada. Williams Wireless and Polansky Electronics are the owners of, own all right title and interest in, and have

standing to sue for infringement of United States Patent No. 4,809,297 entitled "Interface Device" issued February 28, 1989 ("the '297 patent") (Exhibit A).

3. Defendant Research in Motion Corporation ("RIM") is a Delaware Corporation with a principal place of business at 122 West John Carpenter Parkway, Suite 430, Irving, Texas 75039. Upon information and belief, RIM transacts business and has sold to customers in this judicial district and throughout the State of Texas products that infringe one or more claims of the '297 patent. RIM may be served with process by serving its registered agent, CT Corporation System located at 350 North St. Paul Street, Dallas, Texas 75201.

4. Defendant Nokia, Inc. ("Nokia") is a Delaware corporation with a principal place of business at 6000 Connection Drive, Irving, Texas 75039. Upon information and belief, Nokia transacts business and has sold to customers in this judicial district and throughout the State of Texas products that infringe one or more claims of the '297 patent. Nokia may be served with process by serving its registered agent, National Registered Agents, Inc. located at 1614 Sidney Baker Street, Kerrville, Texas 78028.

5. Defendant General Motors Corporation ("GMC") is a Delaware corporation with a principal place of business at 300 Renaissance Center, Detroit, Michigan, 48265. Upon information and belief, GMC transacts business and has sold to customers in this judicial district and throughout the State of Texas products that infringe one or more claims of the '297 patent. GMC may be served with process by serving its registered agent, CT Corporation System located at 350 North St. Paul Street, Dallas, Texas 75201.

6. Defendant Rockwell Collins, Inc. ("Rockwell Collins") is a Delaware corporation with a principal place of business at 400 Collins Rd. N.E., Cedar Rapids, Iowa 52498. Upon information and belief, Rockwell Collins transacts business and has sold to customers in this

judicial district and throughout the State of Texas products that infringe one or more claims of the '297 patent. Rockwell Collins may be served with process by serving its registered agent, CT Corporation System located at 350 North St. Paul Street, Dallas, Texas 75201.

7. Defendant Samsung Telecommunications America, LP. ("Samsung") is a Delaware corporation having a principal place of business at 1301 E. Lookout Drive, Richardson TX 75082. Upon information and belief, Samsung transacts business and has sold to customers in this judicial district and throughout the State of Texas products that infringe one or more claims of the '297 patent. Samsung may be served with process by serving its registered agent, Jeong Han Kim located at 1130 Arapaho Road, Richardson, Texas 75081.

8. Defendant Kyocera Mita America, Inc., ("Kyocera Mita") is a California corporation with its principle place of business at 225 Sand Road, Fairfield, New Jersey 07004. Upon information and belief, Kyocera Mita transacts business and has sold to customers in this judicial district and throughout the State of Texas products that infringe one or more claims of the '297 patent. Kyocera Mita may be served with process by serving its registered agent, Hiroyuki Kobayashi located at 2825 W. Story Road, Irving, Texas 75038.

## JURISDICTION AND VENUE

9. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1391(b), (c) and/or 1400(b).

10. Personal Jurisdiction over the defendant is proper in this Court. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c) and/or 1400(b).

## DEFENDANTS' ACTS OF PATENT INFRINGEMENT

11. RIM has infringed the '297 patent by making, offering for sale, selling and/or using wireless communications products incorporating interface devices protected by one or

more claims of the '297 patent, including by way of example but not limitation, the RIM "Blackberry" 7780, 1802G, 1902G, 7510, 7210, 6750, 6710, 6510, 6280, 6210, 5810, 857, 957, 850, 950, 8700c, 8700f, 8700r, 7230, 7280, 7250, 7290, 7100g, 7100I, 7100r, 7100t, 7105t, 7100v, 7100x, 7130e, 7730, 7750, 7520, 6710, 6720, 6220, 5820 and 5790 wireless handheld devices. RIM has also infringed the '297 patent by knowingly and actively inducing others to infringe and by contributing to the infringement by others.

12.  RIM has been on actual notice of the '297 patent and its infringement thereof since at least as early as September 24, 1998. RIM's infringement, contributory infringement and inducement to infringe have been willful and deliberate and have injured Williams Wireless and Polansky Electronics.

13.  Nokia has infringed the '297 patent by making, offering for sale, selling and/or using various wireless telecommunications devices protected by one or more claims of the '297 patent, including by way of example but not limitation, the 9500, 9300, 8801, N90, 7610, 7280, 7270, 6822, 6820, 6800, 6682, 6670, 6620, 6610, 6600, 6585, 6560, 6360, 6256i, 6255i, 6236i, 6235i, 6230, 6225, 6200, 6170, 6102, 6101, 6061, 6020, 6019i, 6016i, 6015i, 6010, 5140, 5100, 3660, 3650, 3620, 3600, 3595, 3589i, 3560, 3520, 3220, 3205, 3200, 3155i, 3120, 3100, 2651, 2600, 2285, 2270, 2260, 2128i, 2116i and 2115i products. Nokia has also infringed the '297 patent by knowingly and actively inducing others to infringe and by contributing to the infringement by others.

14.  Nokia has been on actual notice of the '297 patent and its infringement thereof since at least as early as June 21, 2004. Nokia's infringement, contributory infringement and inducement to infringe have been willful and deliberate and have injured Williams Wireless and Polansky Electronics.

15. GMC has infringed the '297 patent by making, offering for sale, selling and/or using wireless vehicle monitoring programs protected by one or more claims of the '297 patent, including by way of example but not limitation, the GMC "Telematics" and "OnStar" systems offered by GMC. GMC has also infringed the '297 patent by knowingly and actively inducing others to infringe and by contributing to the infringement by others.

16. GMC has been on actual notice of the '297 patent and its infringement thereof since at least as early as September 15, 2004. GMC's infringement, contributory infringement and inducement to infringe have been willful and deliberate and have injured Williams Wireless and Polansky Electronics.

17. Rockwell Collins has infringed the '297 patent by making, offering for sale, selling and/or using radio communications equipment protected by one or more claims of the '297 patent, including by way of example but not limitation, the HFS-900, HFS-900D/cpl-920D, VHF-900B, VHF-920, MDM Q9604, MDM-3001, HF-121C, HF-121A, HF-121B, RIU-4010/4110, VHF-422, VHF-22, VHF-4000, HF-9000, HF-9000D, HF-9000F, HF-9500, AN/VRC-100, AN/ARC-210, VDL-2000, RT-8100, RT-8200 and RT-8300 products. Rockwell Collins has also infringed the '297 patent by knowingly and actively inducing others to infringe and by contributing to the infringement by others.

18. Rockwell Collins has been on actual notice of the '297 patent and its infringement thereof since at least as early as June 14, 2004. Rockwell Collins' infringement, contributory infringement and inducement to infringe have been willful and deliberate and have injured Williams Wireless and Polansky Electronics.

19. Samsung has infringed the '297 patent by making, offering for sale, selling and/or using wireless communications equipment utilizing interface devices protected by one or more

claims of the '297 patent, including by way of example but not limitation, the SGH: e635 / x497 / d307 / d357 / t309 / x495 / e335 / p207 / x475 / p777 / c207 / p735 / c225 / e315 / X427M / E317 / E316 / E715 / D415 / x427 / x426 / P107 / e105 / x105 / s307 / v205 / s105 / n625 / r225M / r225 / q105 / n105 / v206, SPH: a900 / a940 / a820 / a920 / a560 / a840 / a880 / a790 / a740 / a760 / a660 / a620 / a600 / i700 / i500 / i330 / n400 / a500 / n240 / a460 / a400 / i300 / n300 / n200, SCH: a970 / a950 / a850 / a630 / a820 / i730 / a570 / n330 / a890 / A790 / A670 / A650 / a610 / i600 / a530 / a310 / 6100 / n300 / n150 / t300 / 8500 / 3500, MM-A700 and VM-A680 products. Samsung has also infringed the '297 patent by knowingly and actively inducing others to infringe and by contributing to the infringement by others.

20. Samsung has been on actual notice of the '297 patent and its infringement thereof since at least as early as November 5, 2004. Samsung's infringement, contributory infringement and inducement to infringe have been willful and deliberate and have injured Williams Wireless and Polansky Electronics.

21. Kyocera Mita has infringed the '297 patent by making, offering for sale, selling and/or using products utilizing interface devices protected by one or more claims of the '297 patent, including by way of example but not limitation, the Kyocera 200 Module, Passport KPC650, KX160, KX16, KX18, KX5, KX5B, KX9C, KX13, KX2, KX1, K494LC, K484XLC, KX440, KX444, SE44, SE47, KX424, K10Royale, K433L (K9), KE443 (K7), KX433, KX434, KE413, 7135, K612, KX12, KX9B, KX17 and K493LC products. Kyocera Mita has also infringed the '297 patent by knowingly and actively inducing others to infringe and by contributing to the infringement by others.

22. Kyocera Mita has been on actual notice of the '297 patent and its infringement thereof since at least as early as October 27, 2004. Kyocera Mita's infringement, contributory

infringement and inducement to infringe have been willful and deliberate and have injured Williams Wireless and Polansky Electronics.

## PRAYER FOR RELIEF

WHEREFORE, Williams Wireless and Polansky Electronics ask this Court to enter judgment against defendants and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

- A. An award of damages adequate to compensate Williams Wireless for the infringement that has occurred, together with prejudgment interest from the date infringement of the '297 patent began;

- B. Increased damages as permitted under 35 U.S.C. § 284;

- C. A finding that this case is exceptional and an award to Williams Wireless of its attorneys' fees and costs as provided by 35 U.S.C. § 284;

- D. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Williams Wireless and Polansky Electronics demand a trial by jury on all issues presented in this Complaint.

Dated this 25th day of July, 2006.

Respectfully submitted,

*[signature]*

Jonathan T. Suder
State Bar No. 19463350
Christian D. Tucker
State Bar No. 00795690
Edward R. Casto, Jr.
State Bar No. 24044178
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)
Email: jts@fsclaw.com
Email: tucker@fsclaw.com

*[signature]*

Philip P. Mann
MANN LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 224-3553
(206) 224-2880 (fax)
Email: phil@mannlawgroup.com

ATTORNEYS FOR PLAINTIFFS

k:\williams wireless\pleadings\complaint.doc

8