IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAMS WIRELESS TECHNOLOGIES, INC.; POLANSKY ELECTRONICS, LTD, <br><br> PLAINTIFFS, <br><br>    v. <br><br> RESEARCH IN MOTION CORPORATION; NOKIA, INC.; GENERAL MOTORS CORPORATION; ROCKWELL COLLINS, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LP; KYOCERA WIRELESS CORP., <br><br> DEFENDANTS. | CIVIL ACTION NO. 4:06-CV-305 <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiffs Williams Wireless Technologies, Inc. and Polansky Electronics, Ltd. ("Plaintiffs") and Defendants Research In Motion Corporation, Nokia, Inc., General Motors Corporation, Rockwell Collins, Inc., Samsung Telecommunications America, LP, and Kyocera Wireless Corporation (collectively "Defendants") have agreed to dismiss the present action with prejudice, subject to the terms and conditions of the Parties' *Settlement Agreement, Release and Covenant Not To Assert*;

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants, on the other hand, through their respective counsel and subject to the approval of the Court, that:

   1.   All claims for relief asserted by Plaintiffs against Defendants are dismissed with prejudice.

   2.   All claims for relief asserted by Defendants against Plaintiffs are dismissed with prejudice.

3. Each Party shall bear its own attorneys' fees and costs associated with this action.

**SO STIPULATED AND AGREED.**

By: /s/  Philip P. Mann  with permission by Lawrence A. Phillips

Dated:  _____6/12/07_____

Philip P. Mann
MANN LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Telephone:  (202) 274-5100
Facsimile:  (866) 341-5140

Attorneys for Plaintiffs WILLIAMS WIRELESS TECHNOLOGIES, INC. and POLANSKY ELECTRONICS, LTD.

By: /s/  Peter J. Chassman with permission by Lawrence A. Phillips

Dated:  _____6/12/07_____

Peter J. Chassman
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone:  (713) 787-1623
Facsimile:  (713) 456-2055

Attorneys for Defendant RESEARCH IN MOTION CORPORATION

By: /s/ Robert F. Perry with permission by Lawrence A. Phillips

Dated:  _____6/12/07_____

Robert F. Perry
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant NOKIA INC.

By: /s/ Jonathan E. Retsky with permission by Lawrence A. Phillips

Dated:  _____6/12/07_____

Jonathan E. Retsky
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
Telephone:  (312) 595-1239
Facsimile:  (312) 595-2250

Attorneys for Defendant GENERAL MOTORS CORPORATION

| | |
|---|---|
| By: /s/ Grant Kinsel with permission by Lawrence A. Phillips | By: /s/ Todd E. Landis with permission by Lawrence A. Phillips |
| Dated:  6/12/07 | Dated:  6/12/07 |
| Grant Kinsel<br>FOLEY & LARDNER LLP<br>2029 Century Park East, 36th Floor<br>Los Angeles, CA 90067<br>Telephone:  (310) 277-2223<br>Facsimile:  (310) 557-8475 | Todd E. Landis<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br>1700 Pacific Avenue<br>Dallas, TX 75201<br>Telephone:  (214) 969-2800<br>Facsimile:  (214) 969-4343 |
| Attorneys for Defendant ROCKWELL COLLINS, INC. | Attorneys for Defendant SAMSUNG TELECOMMUNICATIONS AMERICA LP |

By: /s/ Steven J. Pollinger with permission by Lawrence A. Phillips

Dated:  6/12/07

Steven J. Pollinger
MCKOOL SMITH, P.C.
Suite 1700
300 West 6th Street
Austin, TX 78701
Telephone:  (512) 692-8702
Facsimile:  (512) 692-8744

Attorneys for Defendant KYOCERA WIRELESS CORP.