# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAM WIRELESS TECHNOLOGIES, § et al § vs. § RESEARCH IN MOTION CORPORATION, et al § | **MINUTES - HEARING ON PENDING MOTIONS** §Case Number: 4:06cv305 (Judge Schell) |

JUDGE:  U. S. Magistrate Don Bush          DATE:   5-30-2007

COURT REPORTER:  Dave Maxwell          **DAVID J. MALAND, CLERK,**

By: Karen Sessions
Courtroom Deputy Clerk

**APPEARANCES:**
**Plainitffs Williams Wireless Technologies, Inc. and Polansky Electronics Ltd**
Philip Mann; Mann Law Group
Jonathan Suder; Friedman Suder & Cooke

**Defendant Research in Motion Corporation**
Peter Chassman; Tyler VanHouten, James Tidwell

**Defendant Nokia, Inc.**
Robert Perry; King & Spalding

**General Motors Corporation**
Jonathan Retsky; Diane DeVasto, Eric Findlay, Michael Jones, Richard Watkins

**Defendant Rockwell Collins, Inc.**
Grant Kinsel, Richard Florsheim, Brian Gary

**Samsung Telecommunications America LP**
Danil Perez, Jin-Suk Park

**Kyocera Wireless Corp.**
Samuel Baxter, Scott Hejny, Steve Pollinger

*This day came the parties and by their attorneys the following proceedings were held before Judge Don Bush in Sherman, Texas:*

| | |
|---|---|
| 9:33 am | Case called. Grant Kinsel, for Defendant Rockwell Collins, Inc., addresses the Court on Document #65, Defendants' Motion Joint Motion to Compel Further Patent Rule 3-1 Patent Infringement Contentions. |
| 9:36 am | Philip Mann addresses the Court.  The Court addresses Patent Rule 3-1. Mr. Mann responds. |
| 9:47 am | Mr. Mann calls Lorene Davids to testify.  Witness is sworn. |
| 9:48 am | Direct Examination of Lorene Davids by Philip Mann.<br><br>Cross Examination of Lorene Davids by Grant Kinsel. |
| 10:13 am | Witness, Mark Runkle, is sworn.<br>Direct Examination of Mark Runkle by Grant Kinsel.<br>Cross Examination of Mark Runkle by Philip Mann. |
| 10:37 am | Clyde Siebman addresses the Court on accused products. |
| 10:44 am | Court recessed for break. |
| 10:50 am | Court resumes. Mr. Peter Chassman addresses the Court. |
| 10:58 am | Mr. Chassman calls Omar Barake. Witness sworn.<br>Direct Examination of Omar Barake.<br>Exhibit 1 offered and entered. |
| 11:16 am | Cross Examination of Omar Barake by Philip Mann. |
| 11:29 am | Direct Examination of Lorene Davids by Philip Mann. |
| 11:43 am | Cross Examination of Lorene Davids by Robert Perry |
| 11:52 am | Steven Pollinger addresses the Court on behalf of Kyocera. |
| 12:05 pm | Plaintiff has two weeks to comply and provide specific claims charts.<br>Court recessed. |